IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC.<br><br>Plaintiff<br><br>vs.<br><br>CHEROKEE HOSPITALITY ENTERPRISES, LLC; BHUPATBHAI PATEL; BIPINCHANDRA PATEL; And RATILAL PATEL<br><br>Defendants. | Civil Action No.: 2:09-cv-52 |

**ENTRY OF DEFAULT**

Upon the Motion for Entry of Default filed by Plaintiff, Choice Hotels International, Inc., and for good cause shown, IT IS HEREBY ORDERED, pursuant to Rule 55, Fed.R.Civ.P., that default is entered against each and all of the named Defendants in the above-captioned proceeding.

Signed: December 11, 2009

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court